**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THAO TU, | Case No.: 2:25-cv-01637-APG-BNW |
| Plaintiff | **Order Denying Motion to Strike as Moot** |
| v. | [ECF No. 30] |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant | |

In light of the parties' notice of settlement (ECF No. 31),

I ORDER that the plaintiff's motion to strike **(ECF No. 30) is DENIED as moot**, without prejudice to refile it if the settlement does not finalize.

DATED this 8th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE