INKU NAM (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2808

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THAO TU<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:25-cv-01637-APG-BNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff Thao Tu ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") jointly stipulate and agree to the dismissal of all of Plaintiff's claims against Experian, with prejudice. It is hereby stipulated and agreed between Plaintiff and Defendant Experian Information Solutions, Inc. that the above-entitled action is hereby dismissed with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted this __25__ day of March, 2026.

326560804v1

Dated this __25 day of March, 2026

/s/ *Inku Nam*
INKU NAM Nevada Bar No. 12050
O'HAGAN MEYER PLLC
Nevada Bar No. 12050
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Tel. 725.286.2808

*Attorneys for Defendant*
*EXPERIAN INFORMATION*
*SOLUTIONS, INC.*

/s/ Thao Tu

Thao Tu
*Pro Se Plaintiff*

IT IS SO ORDERED:

Dated: March 26, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2

326560804v1